| | |
|---|---|
| 1 | BANNING MICKLOW & BULL LLP |
| 2 | Eugene A. Brodsky, SBN 36691<br>Kurt Micklow, SBN 113974 |
| 3 | Edward M. Bull, III, SBN 141996<br>One Market, Steuart Tower, Suite 1440 |
| 4 | San Francisco, California 94105<br>Telephone: (415) 399-9191 |
| 5 | Facsimile: (415) 399-9192 |
| 6 | KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP<br>Mark F. Anderson, SBN 44787 |
| 7 | Matthew S. Da Vega, SBN 195443<br>445 Bush Street, 6th Floor |
| 8 | San Francisco, CA 94108<br>Telephone: (415) 861-2265 |
| 9 | Facsimile: (415) 861-3151 |
| 10 | Attorneys for Plaintiff Clyde Wylie<br>and the Proposed Plaintiff Class |
| 11 | SEYFARTH SHAW LLP |
| 12 | Robert W. Tollen, SBN 38875<br>Alison B. Moser, SBN 223065 |
| 13 | 560 Mission Street, Suite 3100<br>San Francisco, CA 94105 |
| 14 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 15 | Attorneys for Defendant |
| 16 | Foss Maritime Company |

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WYLIE, on behalf of himself and all others similarly situated, | Case No. C06-7228 MJJ |
| | **CLASS ACTION** |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FILING OF SECOND AMENDED CLASS ACTION COMPLAINT AND ANSWER THERETO** |
| vs. | |
| FOSS MARITIME COMPANY, a Washington corporation, and DOES 1-25, inclusive, | **[FRCP RULE 15(a)]** |
| Defendants. | |

Individual and Representative Plaintiff Clyde Wylie on behalf of himself and all others similarly situated ("Plaintiff") and Defendant Foss Maritime Company ("Foss") hereby submit their Stipulation and Proposed Order Regarding Filing of Second Amended Class Action Complaint and Answer thereto as follows:

## RECITALS

On August 25, 2006, Plaintiff filed this action against Foss in the Contra Costa Superior Court (*Wylie v. Foss Maritime Company,* Case No. C06-01685) ("the State Court Action");

On or about October 20, 2006, Plaintiff filed his First Amended Complaint in the State Court Action and the summons and First Amended Complaint were thereafter served on Foss on or about October 23, 2006;

On or about November 20, 2006, Foss filed its Response to the First Amended Complaint in the State Court Action;

On or about November 22, 2006 Foss filed its Notice of Removal in this Court which removed the State Court Action to federal court pursuant to the Class Action Fairness Act of 2005;

Plaintiff desires to file a Second Amended Class Action Complaint which adds three current and/or former employees of Foss as representative plaintiffs;

Defendant Foss is willing to consent to the filing of Plaintiff's Second Amended Complaint provided that its Response to the First Amended Complaint, that generally denies the allegations of the First Amended Complaint and raises affirmative defenses, will be considered its answer to the Second Amended Complaint.

## STIPULATION

Accordingly, Plaintiff and Defendant Foss hereby stipulate and agree, by and through their respective counsel of record herein, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure that the Court be respectfully requested to order that:

1) Plaintiffs' Second Amended Complaint attached herewith be filed; and

-1-

2) Defendant Foss' Response to the First Amended Complaint be deemed its Answer to Plaintiffs' Second Amended Complaint. .

Dated: May 8, 2007                BANNING MICKLOW & BULL LLP


By: /S/ Kurt Micklow
Kurt Micklow

Attorneys for the Plaintiffs
and the Proposed Plaintiffs Class

I hereby attest that I have written authorization for any signatures indicted by a "conformed" signature (/S/) within this efiled document.

By: /s/ Kurt Micklow
Kurt Micklow

Dated: May 8, 2007                SEYFARTH SHAW LLP

By: /S/ Robert W. Tollen
Robert W. Tollen

Attorneys for Defendant
Foss Maritime Company

**ORDER**

IT IS SO ORDERED.

Dated: _____5/23/07_____        _____
                                       UNITED STATES DISTRICT JUDGE

-2-