JOHN D. GIFFIN, CASB No. 89608
JULIE L. TAYLOR, CASB No. 154341
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant Foss Maritime Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLYDE WYLIE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FOSS MARITIME COMPANY, a Washington corporation, and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. C067228 MJJ <br><br> **SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT **FOSS MARITIME COMPANY** substitutes John D. Giffin and Julie L. Taylor of Keesal Young & Logan, Four Embarcadero Center, Suite 1500 San Francisco, California 94111, telephone 415-398-6000, fax 415-981-0136, e-mail addresses: john.giffin@kyl.com and julie.taylor@kyl.com in place of Robert W. Tollen and Alison B. Moser of Seyfarth Shaw LLP.

I CONSENT TO THIS SUBSTITUTION.

DATE: August 13, 2007

Frank Williamson
FOSS MARITIME COMPANY

*Signatures continued on the next page.*

SUBSTITUTION OF ATTORNEY
CASE NO. C067228 MJJ

| | |
|---|---|
| 1 | I CONSENT TO THIS SUBSTITUTION. |
| 2 | DATE: Aug. 8, 2007 |
| 3 | *Robert W. Tollen* |
| 4 | Alison B. Moser<br>SEYFARTH SHAW LLP |
| 5 | I CONSENT TO THIS SUBSTITUTION. |
| 6 | DATE: 8-13-07 |
| 7 | John D. Giffin |
| 8 | Julie L. Taylor<br>KEESAL YOUNG & LOGAN |

IT IS SO ORDERED

*Martin J. Jenkins*
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/20/07
DATE

---

2

SUBSTITUTION OF ATTORNEY
CASE NO. C067228 MJJ