**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WYLIE, | No. C06-07228 MJJ |
| Plaintiff, | **ORDER AMENDING PRETRIAL ORDER** |
| v. | |
| FOSS MARITIME COMPANY, | |
| Defendant. / | |

Before the Court is the parties' Stipulation and Proposed Order Amending Pretrial Order. (Docket No 16.) Good cause being shown, the Court **AMENDS** the Pretrial Order as follows:

1. The Non-Expert Discovery Cutoff date of October 26, 2007, is for liability discovery only.

2. The expert designation and report dates in the Pretrial Order are for liability experts only.

3. If the anticipated class certification motion is granted, class damages discovery will begin upon filing of the certification order and last 90 days with each side required to disclose any damages experts within 45 days from the date the certification order is filed and with expert reports due within 90 days of the filing of the order.

4. Plaintiffs shall notify Defendant on or before October 19, 2007, what claims, if any, will be voluntarily dismissed.

The Court finds that good cause has not been established to continue the pretrial conference or the trial date at this time.

**IT IS SO ORDERED.**

Dated: October 18, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE