BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, SBN 36691
Kurt Micklow, SBN 113974
Edward M. Bull, III, SBN 141996
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson, SBN 44787
Matthew S. Da Vega, SBN 195443
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

Attorneys for Plaintiffs and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WYLIE, TRACY PEARSON, MICHAEL SCOTTO AND JAMES BUTCHER on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>FOSS MARITIME COMPANY, a Washington corporation, and DOES 1-25, inclusive,<br><br>   Defendants.<br>_____ | Case No. C06-7228 MJJ<br><br>**CLASS ACTION**<br><br>**STIPULATION DISMISSING SEVENTH CAUSE OF ACTION FOR CONVERSION**<br><br>**Fed. R. Civ. P. 41(a)(1)(ii)** |

IT IS STIPULATED by and between Plaintiffs CLYDE WYLIE, TRACY

PEARSON and JAMES BUTCHER and Defendant FOSS MARITIME COMPANY,

---

by and through their respective counsel of record herein, that the Seventh Cause of Action for Conversion asserted by Plaintiffs be and hereby is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own attorney's fees and costs.

DATED: November 05, 2007          By: /s/ Kurt Micklow

Kurt Micklow
Eugene A. Brodsky
BANNING MICKLOW & BULL LLP
One Market, Steuart Tower, Suite 1440
San Francisco, CA 94150
Tel: (415) 399-9191
Fax: (415) 399-9192

Mark F. Anderson
Matthew S. Da Vega
KEMNIZTER ANDERSON BARRON & OLGILVIE
445 Bush St., 6th Floor
San Francisco, CA 94108
Tel: (415) 861-2265
Fax: (415) 861-3151

Attorneys for the Plaintiffs
and the Proposed Plaintiffs Class

DATED: November 05, 2007          By: /s/ Margaret A. DeGooyer

John D. Giffin
Julie L. Taylor
Margaret A. DeGooyer
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Tel: (415) 398-6000
Fax: (415) 981-0136

Attorneys for Defendant

IT IS SO ORDERED
Judge Martin J. Jenkins
11/06/07
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA