BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, SBN 36691
Kurt Micklow, SBN 113974
384 Embarcadero West, Suite 200
Oakland, CA 94607
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson, SBN 44787
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

Attorneys for Plaintiffs and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WYLIE, TRACY PEARSON, and JAMES BUTCHER on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOSS MARITIME COMPANY, a Washington corporation, and DOES 1-25, inclusive,<br><br>    Defendants.<br>_____ | Case No. C06-7228 ~~MJJ~~ **MHP**<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINES TO COMPLETE DISCOVERY AND FOR BRIEFING MOTIONS FOR CLASS CERTIFICATION** |

### I. RECITALS

WHEREAS a Status Conference was held in this matter on December 22, 2008, and following said conference the Court issued a minute order that set the

following dates in this case:

    Motions for Class Certification to be filed by 3/30/2009

    Oppositions to be filed by 4/13/2009

    Replies to be filed by 4/20/2009

    motions to be heard 2:00 p.m. on 5/04/2009;

    WHEREAS since the time of the status conference in December 2008, Plaintiffs CLYDE WYLIE, TRACY PEARSON and JAMES BUTCHER ("Plaintiffs") and Defendant FOSS MARITIME COMPANY ("Defendant") have been actively engaged in discovery concerning the class certification issues;

    WHEREAS Plaintiffs and Defendant would like to have a mediation in this case before the parties spend the additional time and incur the additional expense of completing class certification discovery and making and opposing the class certification motion(s); and

    WHEREAS the parties wish to respectfully request that the Court continue the above deadlines for approximately two months so that they may schedule and attend a private mediation in an effort to resolve this matter.

## II.   STIPULATION

    Accordingly, IT IS HEREBY STIPULATED by and between Plaintiffs CLYDE WYLIE, TRACY PEARSON and JAMES BUTCHER and Defendant FOSS MARITIME COMPANY that, in order to allow the parties time to arrange and participate in a private mediation, the Court be respectfully requested to enter an order continuing:

    1.    The deadline for discovery concerning class certification issues from March 31, 2009 until May 29, 2009;

    2.    The deadline for filing any Class Certification Motion(s) from March 31,

1  2009 until May 29, 2009;

2      3.    The deadline for filing oppositions to the Class Certification Motion(s)

3  from April 13, 2009 until June 12, 2009;

4      4.    The deadline to file replies from April 20, 2009 until June 19, 2009; and

5      5.    The scheduled hearing on the Motion(s) for Class Certification from

6  May 4, 2009 at 2:00 p.m. until July 10, 2009 at 2:00 p.m.

7      IT IS SO STIPULATED.

8  DATED: March 13, 2009    BANNING MICKLOW & BULL LLP

9

    By: /s/ Kurt Micklow

10

Kurt Micklow
Eugene A. Brodsky
11  BANNING MICKLOW & BULL LLP
384 Embarcadero West, Suite 200
12  Oakland, CA 94607
Telephone: (510) 268-6180
13  Facsimile: (510) 268-6181

14
Mark F. Anderson
15  KEMNIZTER ANDERSON BARRON & OLGILVIE
16  445 Bush St., 6th Floor
San Francisco, CA 94108
17  Tel: (415) 861-2265
Fax: (415) 861-3151

18
Attorneys for the Plaintiffs

19

20  DATED: March 13, 2009    By:  /s/ Julie A. Kole

21

John D. Giffen
22  Julie L. Taylor
Julie A. Kole
23  KEESAL, YOUNG & LOGAN
A Professional Corporation
24  Four Embarcadero Center, Suite 1500
25  San Francisco, CA 94111

26

27  STIPULATION AND PROPOSED ORDER
CONTINUING DEADLINES TO COMPLETE
28  DISCOVERY AND FOR BRIEFING MOTIONS
FOR CLASS CERTIFICATION    Page -3-    CASE NO. C06-7228 MJJ

Tel: (415) 398-6000
Fax: (415) 981-0136

Attorneys for Defendant

### III.   ORDER

IT IS SO ORDERED.

DATED: 3/17/2009

_____
MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*