1  BANNING MICKLOW & BULL LLP
   Eugene A. Brodsky, SBN 36691
2  Kurt Micklow, SBN 113974
   384 Embarcadero, Suite 200
3  Oakland, California 94607
   Telephone: (510) 268-6180
4  Facsimile: (510) 268-6181

5  KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
   Mark F. Anderson, SBN 44787
6  445 Bush Street, 6th Floor
   San Francisco, CA 94108
7  Telephone: (415) 861-2265
   Facsimile: (415) 861-3151

8
   Attorneys for Plaintiffs
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14  CLYDE WYLIE, TRACY PEARSON and   )   Case No. C06-7228MHP
    JAMES BUTCHER,                   )
15                                   )   **STIPULATION DISMISSING**
                                     )   **ACTION WITH PREJUDICE**
16          Plaintiffs,              )
                                     )   **Fed. R. Civ. P. 41(a)(1)(ii)**
17  vs.                              )
                                     )
18  FOSS MARITIME COMPANY, a         )
    Washington corporation, and DOES 1-25, )
19  inclusive,                       )
                                     )
20          Defendants.              )
                                     )
21  _____      )

22

23          IT IS HEREBY STIPULATED by and between Plaintiffs CLYDE WYLIE, TRACY

24  PEARSON and JAMES BUTCHER and Defendant FOSS MARITIME COMPANY, by and

25  through their respective counsel of record herein, that this action be dismissed with prejudice

                                    - 1 -
26

1    pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2

3

4

5    DATED: June 10, 2009                    By: /s/ Kurt Micklow

6                                            Kurt Micklow
                                             Eugene A. Brodsky
7                                            BANNING MICKLOW & BULL LLP
                                             384 Embarcadero, Suite 200
8                                            Oakland, California 94607
                                             Tel: (510) 268-6180
9                                            Fax: (510) 268-6181

10                                           Mark F. Anderson
                                             KEMNIZTER ANDERSON BARRON & OLGILVIE
11                                           445 Bush St., 6th Floor
                                             San Francisco, CA 94108
12                                           Tel: (415) 861-2265
                                             Fax: (415) 861-3151

13                                           Attorneys for Plaintiffs

14

15   DATED: June 10, 2009                    By: /s/ Julie A. Kole

16                                           Julie L. Taylor
17                                           Julie A. Kole
                                             KEESAL, YOUNG & LOGAN
18                                           A Professional Corporation
                                             450 Pacific Avenue
19                                           San Francisco, CA 94133
                                             Tel: (415) 398-6000
20                                           Fax: (415) 981-0136

21                                           Attorneys for Defendant

22

23

24

25                                      - 2 -

26

STIPULATION DISMISSING
ACTION WITH PREJUDICE                                CASE NO. C06-7228 MHP

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA