BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, SBN 36691
Kurt Micklow, SBN 113974
384 Embarcadero, Suite 200
Oakland, California 94607
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson, SBN 44787
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WYLIE, TRACY PEARSON and JAMES BUTCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSS MARITIME COMPANY, a Washington corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C06-7228 ~~MJJ~~ MHP<br><br>**STIPULATION DISMISSING UNCERTIFIED CLASS CLAIMS**<br><br>**Fed. R. Civ. P. 41(a)(1)(ii)** |

IT IS STIPULATED by and between Plaintiffs CLYDE WYLIE, TRACY PEARSON and JAMES BUTCHER and Defendant FOSS MARITIME COMPANY, by and through their respective counsel of record herein, that any and all uncertified class claims are hereby dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules

///

///

1  of Civil Procedure, each party to bear its own attorney's fees and costs.

2  DATED: May 28, 2009         By: /s/ Kurt Micklow

3                              Kurt Micklow
                                Eugene A. Brodsky
4                               BANNING MICKLOW & BULL LLP
                                384 Embarcadero, Suite 200
5                               Oakland, California 94607
                                Tel: (510) 268-6180
6                               Fax: (510) 268-6181

7                               Mark F. Anderson
                                KEMNIZTER ANDERSON BARRON &
8                               OLGILVIE
                                445 Bush St., 6th Floor
9                               San Francisco, CA 94108
                                Tel: (415) 861-2265
10                              Fax: (415) 861-3151

11                              Attorneys for Plaintiffs

12
13 DATED: May 28, 2009         By: /s/ Julie A. Kole

14                              Julie L. Taylor
                                Julie A. Kole
15                              KEESAL, YOUNG & LOGAN
16                              A Professional Corporation
                                450 Pacific Avenue
17                              San Francisco, CA 94133
                                Tel: (415) 398-6000
18                              Fax: (415) 981-0136

19
20                              Attorneys for Defendant

21
22
23          June 30, 2009       IT IS SO ORDERED
24                              [signature]
25                              Judge Marilyn H. Patel
26
27
28
STIPULATION DISMISSING CLASS CLAIMS    Page -2-    CASE NO. C06-7228 MJJ